1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC L. WILLIAMS,

11             Plaintiff,                No. CIV S-06-0348 LKK KJM P

12        vs.

13   JEANNE WOODFORD, et al.,

14             Defendants.              ORDER

15   _____/

16             Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed July 11, 2006, plaintiff's complaint was

18   dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

19   complaint.

20             The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

22   plaintiff has a reasonable opportunity to prevail on the merits of this action.

23             In accordance with the above, IT IS HEREBY ORDERED that:

24             1.  Service is appropriate for the following defendants: Calvo, Sakula, Mehta,

25   Leong, Osajindu and Jagow.

26   /////

2.  The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed July 21, 2006.

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 1 above; and

d.  Seven copies of the endorsed amended complaint filed July 21, 2006.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  February 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2
will0348.1amd

2

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ERIC L. WILLIAMS,

11            Plaintiff,              No. CIV S-06-0348 LKK KJM P

12     vs.

13  JEANNE WOODFORD, et al.,          <u>NOTICE OF SUBMISSION</u>

14            Defendants.             <u>OF DOCUMENTS</u>

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          __1__      completed summons form

19          __6__      completed USM-285 forms

20          __7__      copies of the July 21, 2006 Amended Complaint

21  DATED:

22

23                                    _____

24                                    Plaintiff

25

26