IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC L. WILLIAMS,

        Plaintiff,                      No. CIV S-06-348 LKK KJM P

     vs.

JEANNE WOODFORD, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On April 16, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 27, 2007, finding service of his amended complaint appropriate for defendants Calvo, Sakula, Mehta, Leong, Osajindu and Jagow, but not for defendants Woodford or Kaplan. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

////

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2   the magistrate judge filed March 27, 2007, is affirmed.
3   DATED: July 2, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2